AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DAPHNE SMITH, on behalf of
herself and all others similarly situated,
    Plaintiff

v.                          CASE NUMBER: 19-C-0025

RECORDQUEST, LLC,
    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the complaint and this action are dismissed on the merits.

| | |
|---|---|
|    05/14/2019 | Stephen C. Dries |
| Date | Clerk |
| | L.Smith |
| | (By) Deputy Clerk |